UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| OLD TOWN CANOE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>          Defendant. | C.A. NO. 1:05-CV-00025-JAW |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, by and through their undersigned counsel, do hereby stipulate that the above-captioned action be dismissed with prejudice, with each party to bear its own costs, and waiving all rights of appeal.

| OLD TOWN CANOE COMPANY | CONTINENTAL CASUALTY INSURANCE COMPANY |
|---|---|
| By its attorney, | By its attorneys, |
| /s/ Robert S. Frank<br>Robert S. Frank, Esq.<br>HARVEY & FRANK<br>Two City Center<br>Fourth Floor<br>Portland, ME  04112-0126<br>Tel: 207-775-1300<br>Fax: 207-775-5639 | /s/ Peter J. Barrett, Jr.<br>James S. Harrington, Esq. (Bar No.: 7443)<br>William E. Reed, III, Esq. (*Pro Hac Vice*)<br>Peter J. Barrett, Jr., Esq. (*Pro Hac Vice*)<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>800 Boylston Street, Suite 2500<br>Boston, MA 02199<br>Tel: 617-267-2300<br>Fax: 617-267-8288 |

DATED:  February 2, 2006

**CERTIFICATE OF SERVICE**

The above-signed counsel certifies that this paper and any incorporated papers were filed electronically and served on all counsel of record by means of the Electronic Case Files system maintained by the United States District Court for the District of Maine. The above filing is available for viewing and downloading at "http://www.med.uscourts.gov/"